**Dominguez v. Grossmont Union High School District,** *et al*

**GROSSMONT UNION HIGH SCHOOL DISTRICT CORRECTIVE ACTION REFERRAL FORM** (one page document)

# EXHIBIT "A"

# GROSSMONT UNION HIGH SCHOOL DISTRICT
## CORRECTIVE EDUCATION REFERRAL FORM

SCHOOL _____ DATE 2/18/10 STUDENT ID # _____79 GRADE 9 (10) 11 12

**To be filled out by staff member**

LAST NAME: _____  
FIRST NAME: KENNETH  
STAFF / TEACHER: _____  
ASSISTANT PRINCIPAL: L. Reid  
DATE CONTACTED PARENT: 2/18/2010  
Parent Contacted by: ☒ phone ☐ e-mail ☐ other  
SPED ___ Yes ___ No  Advocate _____  
504 Accommodation ___ Yes ___ No

### TEACHER'S PREVIOUS ACTIONS
DATE / fecha
- ✓ WARNED STUDENT
- ___ TEACHER ASSIGNED DETENTION
- ___ CONTACTED ADVOCATE
- ___ REQUESTED A STAFF CONFERENCE
- ___ REFERRED TO COUNSELOR
- ___ ATTENDED AN INTERVENTION

### OFFICE ACTION
- ___ WARNING
- ___ PARENT CONTACT date ___
- ___ CONTACTED ADVOCATE
- ___ PARENT/STAFF CONFERENCE
- ___ CONTACTED COUNSELOR
- ___ CONTACTED LAW ENFORCEMENT

### REASON FOR REFERRAL
Student was told to stop preaching at school. Student continued after being warned several times.

### CONSEQUENCES
- ___ DETENTION
- ___ SATURDAY SCHOOL
- ___ IN-SCHOOL ALTERNATIVE
- ___ CLASS SUSPENSION
- ___ DROP CLASS
- ___ LOSS OF PRIVILEGE / TYPE
- ___ OTHER
- ✗ SUSPENSION 2 Days  48900

☐ STEP ☐ PATH ☐ PASS ☐ Home Suspn.

### COMMENTS BY ADMINISTRATOR
Student will not bring Bible to school

Next Referral: _____

ADMINISTRATOR SIGNATURE: _____ DATE: 2/18/2010  
STUDENT SIGNATURE: ✗

DISTRIBUTION: WHITE – OFFICE  YELLOW – PARENT  PINK – TEACHER  GOLD – COUNSELOR  ADVOCATE – Copy Top Copy